**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

Index No.: **1:23-cv-01057-LJV**
Date Filed:**10/05/2023**

| | |
|---|---|
| Plaintiff(s): | **Crisis Pregnancy Services, Inc. d/b/a CompassCare** |
| Defendant(s): | **Hannah Kamke; et al** |

State of New York , County of Erie          ss.:

**Christopher Harper**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **10/14/2023** at **7:22 PM**, I served the Summons in a Civil Action; Complaint and Demand for a Jury Trial to

**Jennifer Page** at **245 Curtiss Street, Buffalo, NY 14212**

**AFFIXING TO DOOR:** By affixing a true copy of each to the door of said premises, which is defendant 's dwelling place within the state. The deponent was unable to locate the defendant or a person of suitable age and discretion having attempted personal delivery on:

| Date/Time | Remarks |
|---|---|
| 10/09/2023 - 4:10 PM | A Doe with a septum ring, spoke from behind closed door. Said Jennifer is not home and to try again tomorrow. Could not drop docs as it was windy and raining. |
| 10/10/2023 - 9:48 AM | No answer at door. A dog was heard inside the home. Described vehicle in driveway. |
| 10/14/2023 - 7:21 PM | No answer at door. A dog was heard inside the home. |

The deponent was informed by the client that they possessed confirmation of the defendant's residency at this location. The deponent was unable to confirm the military status of the defendant.

On **10/16/2023**, deponent mailed a copy of the above listed documents to **Jennifer Page** at 245 Curtiss Street, Buffalo, NY, 14212 . The documents were enclosed in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

This electronic notarial act involved a remote online appearance involving the use of communication technology.

X *Chris Harper*
_____
Christopher Harper

Sworn to and subscribed before me on          10/16/2023

*Jenna Towner* (signature)

Jenna Towner
Notary Public – State of New York
Notary Public # 01TO0000437
Qualified in Steuben County
Commission Expires 02-02-2027

**Ganguly Brothers PLLC**





*199720*